IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VINCENT EUGENE WALKER,

    Plaintiff,

v.                                      Civil Action No. 3:19CV416

UNKNOWN,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 30, 2019, the Court conditionally docketed the action. Vincent Eugene Walker requested leave to proceed in forma pauperis. By Memorandum Order entered on November 8, 2019, the Court directed Walker to pay an initial partial filing fee of $0.59 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Walker has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Walker is not entitled to proceed in forma pauperis. Walker's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Walker.

                                        /s/
                              Robert E. Payne
                              Senior United States District Judge

Date: December 9, 2019
Richmond, Virginia